# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                   Plaintiff,

vs.

CHRISTOPHER MICHAEL BARNES,

                   Defendant.

Case No.: 19-CR-00217

## ORDER MODIFYING PROBATION CONDITIONS

     **GOOD CAUSE HAVING BEEN SHOWN**, and pursuant to the stipulation of the parties, this Court hereby orders that the defendant's conditions of probation are modified to permit him to travel throughout all districts in California.

IT IS SO ORDERED.

    Dated:   **October 23, 2020**

                                   _Dale A. Drozd_
                                 UNITED STATES DISTRICT JUDGE

1