# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19-CR-00217 |
|---|---|
| Plaintiff, | |
| vs. | |
| | **ORDER TERMINATING PROBATION** |
| CHRISTOPHER MICHAEL BARNES, | |
| Defendant. | |

Pursuant to the joint motion of the parties to terminate the Defendant's term of probation early, the Court has considered the factors under 18 U.S.C. § 3553(a) to the extent applicable and is satified that such action is warranted by the conduct of the Defendant and that the termination is in the interest of justice and hereby discharges the Defendant from his probationary term under 18 U.S.C. § 3564(c).

IT IS SO ORDERED.

Dated: __**December 20, 2021**__         _Dale A. Drozd_
                                         UNITED STATES DISTRICT JUDGE